MARY McCARTY v. MARY E. OLSEN.

ACTION for rent brought by *Olsen* against *McCarty*. At the September Term, 1877, of the district court of Leavenworth county, *Olsen* had judgment against *McCarty*, who brings the case here.

*Taylor & Gillpatrick*, for plaintiff in error.

*H. T. Green*, for defendant in error.

*Per Curiam:* The judgment of the court below in this case will be affirmed, on the authority of the decision just made in the case of *Dennis Mooney v. Mary E. Olsen*.